**United States District Court**
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6               FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   GUI-FU LI,                              No. C-04-05422 EDL
9           Plaintiff,                      **ORDER FOLLOWING FURTHER
                                            CASE MANAGEMENT CONFERENCE**
10     v.
11   HA'S RESTAURANT, et al.,
12           Defendants.
                                      /
13
14          This Court held a further case management conference on October 25, 2005. Adam Wang
15   appeared on behalf of plaintiff. No appearance was made by defendants. After discussion with
16   counsel and consideration thereof, the Court orders the following:
17          1)      Last day to file dispositive  motions is extended to January 31, 2006. Last day to hear
18                  dispositive motions is March 7, 2006 at 9:00 a.m.
19          2)      This matter is referred to a magistrate judge to conduct a settlement conference on or
20                  before February 18, 2006.
21
22   **IT IS SO ORDERED.**
23
24   Dated: October 26, 2005
25                                          _Elizabeth D. Laporte_
                                            _____
                                            ELIZABETH D. LAPORTE
26                                          United States Magistrate Judge
27
28