UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUI-FU LI, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C04-5422 EDL (BZ) |
| | ) | |
| v. | ) | **ORDER RE OVERDUE PAPERS** |
| | ) | |
| HA'S RESTAURANT, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

TO:  Plaintiffs, and their attorney of record:

On October 31, 2005, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for **Wednesday, November 30, 2005.**  Your statement was due **November 23, 2005.**  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiffs and their attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated:  November 28, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\Li late.papers.wpd

1