ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, Ca 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Gui-Fu Li

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| GUI-FU LI, | Case No.: C04-05422 EDL |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| vs. | |
| HA'S RESTAURANT, ET AL. | |
| Defendants | |

   Plaintiff Gui-Fu Li and Defendants Ha's Restaurant, Stanley Ha and Michelle Ha, through their respective counsel, stipulate as follows:

   1.   Parties have fully resolved their disputes and entered into a Confidential Settlement Agreement and General Release of Claims ("Settlement Agreement").

   2.   Parties agree to request the Court to retain the jurisdiction for the purpose of enforcing the Settlement Agreement.

   3.   As such parties respectfully request that the Court dismiss this case in its entirety with prejudice, and retain jurisdiction to enforce the Settlement Agreement through a motion or motions brought by either party.

1                                       Case No.   C04-05422 EDL

**STIPULATION TO DIMISS &[ PROPOSED] ORDER**
Li v. Ha's Restaurant, et al.

1

2

3   Dated: January 12, 2006

4

5

6

7   Dated: January 10, 2006

8

9

DAL BON & WANG
ADAM WANG

By:  /s/ AM WANG
    Attorney for Plaintiff
    Gui-Fu Li


STANLEY YIM

By:  /s/ STANLEY YIM
    Attorney for Defendants
    Ha's Restaurant, Stanley Ha
    & Michelle Ha

_____

10   **[PROPOSED] ORDER**

11

12   Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

13   Dated: January 12, 2006        By: _____
                                                        Elizabeth D. Laporte

14                                                            United States Magistrate Judge

[Stamp: GRANTED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]

2           Case No.   C04-05422 EDL

**STIPULATION TO DIMISS &[ PROPOSED] ORDER**
Li v. Ha's Restaurant, et al.